**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

XILINX, INC., AND CONSOLIDATED
SUBSIDIARIES,
                    *Petitioner-Appellee,*

            v.

COMMISSIONER OF INTERNAL
REVENUE,
                    *Respondent-Appellant.*

No. 06-74246

Tax Ct. No.
702-03
Northern District of
California,
San Francisco

XILINX, INC., AND CONSOLIDATED
SUBSIDIARIES,
                    *Petitioner-Appellee,*

            v.

COMMISSIONER OF INTERNAL
REVENUE,
                    *Respondent-Appellant.*

No. 06-74269

Tax Ct. No.
4142-01
Northern District of
California,
San Francisco

ORDER

Filed January 13, 2010

Before: Stephen Reinhardt, John T. Noonan, and
Raymond C. Fisher, Circuit Judges.

---

## ORDER

The opinion and dissent filed on May 27, 2009 are hereby
WITHDRAWN.